United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-17353-RB |
| Mohammadreza Ghaempanah | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 25, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mohammadreza Ghaempanah, 12016 Quantico Drive, Riverside, CA 92505-3735 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles W Daff (TR) | charleswdaff@gmail.com  c122@ecfcbis.com |
| Patti H Bass | on behalf of Creditor Accelerated Inventory Mgt LLC ecf@bass-associates.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| William G Silverstein | on behalf of Debtor Mohammadreza Ghaempanah cacb@sorehands.com |

TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>William G. Silverstein, Esq. (SBN 343974)<br>Law Offices of William G. Silverstein<br>8383 Wilshire Blvd Suite 630<br>Beverly Hills, CA 90211<br>PH: (310) 954-9595<br>cacb@sorehands.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 25 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** hawkinso **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*RIVERSIDE* DIVISION**

| In re:<br><br>Mohammadreza Ghaempanah,<br><br>Debtor(s). | CASE NO.: 6:25-bk-17353-RB<br>CHAPTER: 7<br><br>**ORDER ON MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE**<br><br>[LBR 5010-1]<br><br>No Hearing Required – LBR 9013-1(q)(11) |
|---|---|

This case was closed without the entry of a discharge due to noncompliance with 11 U.S.C. §§ 727(a)(11) or 1328(g)(1) because the debtor did not timely file a Certificate of Debtor Education, which is a certification that the debtor completed a course concerning personal financial management, and/or LBR 3015-1(t)(3) because the Debtor's Certification of Compliance Under 11 U.S.C. §1328(a) and Application for Entry of Discharge (Required Form(s)) was not timely filed.

The Debtor(s) filed a motion to (1) reopen the case pursuant to 11 U.S.C. § 350(b) and FRBP 5010 and (2) for an extension of time to file one or both of the Required Form(s) so that a discharge may be entered. Having considered the motion, IT IS ORDERED as follows

1. ☒ The motion is GRANTED, and:
   a. This bankruptcy case is reopened pursuant to 11 U.S.C. § 350(b) and FRBP 5010;
   b. A trustee will not be appointed in this case absent further order from the court;
   c. The deadline for the Debtor to file the Required Form(s) is 30 days from the date of entry of this order;
   d. If the Debtor is otherwise eligible, upon the filing of the Required Form(s), the clerk will enter the discharge of the Debtor and close the case; and
   e. In the event the Required Form(s) are not filed, the case will be closed immediately after the expiration of 30 days from the date of entry of this order.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2. ☐ The motion is DENIED on the following grounds (*specify*):

3. ☐ Other *(specify):*

###

Date: February 25, 2026

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*May 2025* Page 2 **F 5010-1.1.ORDER.REOPEN.CERT**